The Clerk shall amend the docket to reflect that Russell C. Ewing, II, MD, is the only defendant who is also an appellee and to reflect that Marcellus Alexander Greene, aka Sar Pala A. Ra 'anan is the sole plaintiff and the sole appellant.

**AFFIRMED.**

R.App. P. 34(a)(2). The panel therefore denies Greene's request for oral argument.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

Thomas ANDERSON, Plaintiff–Appellee,

v.

James ANDERSON; Patricia Anderson, Defendants.

State Farm Mutual Automobile Insurance Company, Proposed Intervenor–Appellant.

No. 01–15815.

D.C. No. CV–98–00744–DWH/RAM.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 14, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

### MEMORANDUM **

State Farm Mutual Automobile Insurance Company appeals the district court's order denying its motion to intervene as a defendant in this diversity action. We dismiss the appeal.

In a separate memorandum issued this day in appeal No. 01–15537, we affirmed the district court's dismissal of the under-

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

lying action for lack of subject matter jurisdiction. Accordingly, this appeal is moot.

**DISMISSED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.